TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00659-CV

David "Birny" Birnbaum, Appellant

v.

State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty 

Company, and State Farm County Mutual Insurance Company of Texas, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 97-09206, HONORABLE PETER M. LOWRY, JUDGE PRESIDING 

PER CURIAM

 Appellant David "Birny" Birnbaum moves to withdraw his appeal. Birnbaum also
moves to transfer the record from this cause to cause number 3-97-660-CV. We grant both
motions.

 The appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: December 11, 1997

Do Not Publish